IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| KEVIN NAPOLEAN PANIAGUA SANCHEZ, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| ALEX SANCHEZ, WARDEN IAH SECURE | § | |
| ADULT DETENTION FACILITY, | § | |
| LIVINGSTON TEXAS (AKA IAH POLK | § | |
| ADULT DETENTION FACILITY); | § | |
| MARKWAYNE MULLIN, SECRETARY, | § | CIVIL ACTION NO. 9:26-CV-00555 |
| DEPARTMENT OF HOMELAND SECURITY; | § | JUDGE MICHAEL J. TRUNCALE |
| DAVID VENTURELLA, ACTING DIRECTOR, | § | |
| IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT; GABRIEL MARTINEZ, | § | |
| ENFORCEMENT OF REMOVAL | § | |
| OPERATIONS (ERO) HOUSTON; BRET | § | |
| BRADFORD, HOUSTON FIELD OFFICE | § | |
| DIRECTOR, ICE, | § | |
| | § | |
| *Respondents*. | § | |

## ORDER DIRECTING PETITIONER TO COMPLY WITH LOCAL RULES

Before the Court is Petitioner Kevin Napolean Paniagua Sanchez's Petition for Writ of Habeas Corpus. [Dkt. 1]. The Court has reviewed the Petition and finds it to be in violation of Local Rule CV-7(a).

It is therefore **ORDERED** that Petitioner file an Amended Petition curing the defect(s) within **three (3) days** from the date of this Order. Failure to do so may result in this action's dismissal without prejudice.

**SIGNED this 10th day of August, 2026.**

Michael J. Truncale
United States District Judge