IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| KEVIN NAPOLEAN PANIAGUA SANCHEZ, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| ALEX SANCHEZ, WARDEN IAH SECURE ADULT DETENTION FACILITY, LIVINGSTON TEXAS (AKA IAH POLK ADULT DETENTION FACILITY); MARKWAYNE MULLIN, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; DAVID VENTURELLA, ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; GABRIEL MARTINEZ, ENFORCEMENT OF REMOVAL OPERATIONS (ERO) HOUSTON; BRET BRADFORD, HOUSTON FIELD OFFICE DIRECTOR, ICE, | § § § § § § § § § § § § § § | CIVIL ACTION NO. 9:26-CV-00555<br>JUDGE MICHAEL J. TRUNCALE |
| | § | |
| *Respondents*. | § | |

**SECOND ORDER DIRECTING PETITIONER TO COMPLY WITH LOCAL RULES**

Before the Court is Petitioner Kevin Napolean Paniagua Sanchez's Amended Petition for Writ of Habeas Corpus. [Dkt. 9]. The Court has reviewed the Amended Petition and finds it to be in violation of Local Rule CV-7(a).

It is therefore **ORDERED** that Petitioner file a Second Amended Petition curing the defect(s) within **three (3) days** from the date of this Order. Failure to do so may result in this action's dismissal without prejudice.

**SIGNED this 27th day of August, 2026.**

Michael J. Truncale
United States District Judge